# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALFRED F. MCCALEB, IV

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION AND ALFRED F.
MCCALEB, III

NO. 2021 CW 0503

OCTOBER 29, 2021

---

In Re: United Services Automobile Association, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 158244.

---

**BEFORE: THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**CHH**

**Holdridge, J.,** concurs. The relator failed to show that there were no genuine issues of fact in applying the policy language of "residents" and "households" to the insureds who were displaced because of a natural disaster (the flood in Livingston Parish). This does not preclude the relator from filing a new motion for summary judgment if additional facts are discovered.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT